RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 11/8/11
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FRANTZ SHAIDER PAUL,<br>  Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. CV11-00628-A |
| VERSUS | |
| JANET NAPOLITANO, et al.,<br>  Respondents | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 13) is GRANTED and that Paul's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 8th day of November, 2011.

_____
JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE